# WILMERHALE

July 23, 2015

**David Sapir Lesser**

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

**By ECF and E-mail**

The Honorable Richard J. Sullivan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Cinema Village Cinemart Inc. v. Regal Entertainment Group*, No. 15-cv-05488 (RJS)

Dear Judge Sullivan:

I represent Defendant Regal Entertainment Group in the above-captioned case and write on behalf of all parties.

The parties have conferred, and Defendant has agreed to accept service of the complaint. The parties respectfully request that the Court so-order an extension of Defendant's time to move, answer, or otherwise respond to the complaint to September 18, 2015. Based on acceptance of service today, Defendant's deadline to respond would otherwise be August 13, 2015. The parties have not made any previous request for an extension.

We appreciate the Court's consideration of this request.

Respectfully submitted,

David Lesser

*Counsel for Defendant*
*Regal Entertainment Group*

cc:  All Counsel (by ECF and e-mail)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington