UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINEMA VILLAGE CINEMART, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REGAL ENTERTAINMENT GROUP and Does 2 through 50, inclusive, <br><br> Defendant. | Case No. 1:15-cv-05488-RJS <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Maxwell M. Blecher, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the State of California and that his/her contact information is as follows:

> Maxwell M. Blecher (State Bar No. 26202)
> BLECHER COLLINS PEPPERMAN & JOYE, P.C.
> 515 South Figueroa Street, Suite 1750
> Los Angeles, California 90071-3334
> Telephone: (213) 622-4222
> Facsimile: (213) 622-1656
> E-mail:  mblecher@blechercollins.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07.28.15

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Cinema Village Cinemart, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July 28, 2015

United States District/~~Magistrate~~ Judge

76724.1