# WILMERHALE

September 25, 2015

**David Sapir Lesser**

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

By ECF and Email

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

Re:  Cinema Village Cinemart, Inc. v. Regal Entertainment Group, et al., 15-cv-05488 (RJS)

Dear Judge Sullivan:

We are counsel for Defendant Regal Entertainment Group in the above-captioned matter and write to request an adjournment of the pre-motion conference currently scheduled for Thursday, October 8, 2015 at 10:30 a.m.  We make this request because of a conflict with a previously scheduled conference before Judge Daniels in a Yen LIBOR case, *Sonterra v. UBS AG et al.*, 15-cv-5844-GBD, in which I represent one of the defendants.  We have conferred with counsel for Plaintiffs, who do not object to the requested adjournment, as well as Your Honor's law clerk, who provided several possible alternative dates.  All parties are available on October 14 at 10:30 a.m., which we understand is available for the Court as well, and we respectfully request adjournment of the pre-motion conference to that date and time.  There have been no previous requests for an adjournment.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ David S. Lesser

David S. Lesser

 Cc: All Counsel (by ECF)