# WILMERHALE

September 28, 2015

**David Sapir Lesser**

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

By ECF and Email

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

Re:  Cinema Village Cinemart, Inc. v. Regal Entertainment Group, et al., 15-cv-05488 (RJS)

Dear Judge Sullivan:

I am counsel for Defendant Regal Entertainment Group in the above-captioned matter and write further to my September 25 letter requesting an adjournment of the pre-motion conference currently scheduled for Thursday, October 8, 2015 at 10:30 a.m.  After conferring further with Your Honor's law clerk regarding the Court's calendar, I wish to clarify that all parties are available on October 14 at 10:00 a.m., or as an alternative would be available on October 8 at 10 a.m. or earlier.  We will of course provide additional available dates and times should the Court desire.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ David S. Lesser

David S. Lesser

 Cc: All Counsel (by ECF)