UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINEMA VILLAGE CINEMART, INC.,

Plaintiff,

-v-

REGAL ENTERTAINMENT GROUP, *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-28-15

No. 15-cv-5488 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendant's September 25, 2015 letter indicating a scheduling conflict for the pre-motion conference originally scheduled for October 8, 2015 at 10:30 a.m. (Doc. No. 12.) IT IS HEREBY ORDERED THAT the initial and pre-motion conference shall instead take place on Thursday, October 8, 2015 at 9:45 a.m. in Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York. The parties are also reminded that they must submit a joint letter and a proposed case management plan by October 1, 2015 as set forth in the Court's September 22, 2015 order. (Doc. No. 11.)

SO ORDERED.

Dated:   September 28, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE