UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-15
```

CINEMA VILLAGE CINEMART, INC.,

                Plaintiff,

-v-

REGAL ENTERTAINMENT GROUP, *et al.*,

                Defendants.

No. 15-cv-5488 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Leon B. Greenfield's motion for admission to practice *pro hac vice* in this action. (Doc. No. 17). IT IS HEREBY ORDERED that the motion is granted and Applicant is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York for all purposes as counsel for Regal Entertainment Group in this action. Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

    Wilmer Cutler Pickering Hale and Dorr LLP
    1899 Pennsylvania Avenue NW
    Washington, DC 20006
    Tel: (202) 663-6000
    Fax: (202) 663-6363
    Email: Leon.Greenfield@wilmerhale.com.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

Dated:    October 7, 2015
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE