UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-08-15
```

CINEMA VILLAGE CINEMART, INC.,

                    Plaintiff,

-v-

REGAL ENTERTAINMENT GROUP, *et al.*,

                    Defendants.

No. 15-cv-5488 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As set forth on the record during the pre-motion conference held in this action earlier today, IT IS HEREBY ORDERED THAT Plaintiff shall submit a letter by October 13, 2015 informing the Court of whether it intends to amend its Complaint and whether change of venue under 28 U.S.C. § 1404(a) to the Eastern District of New York is appropriate in this action. Defendants shall also submit a letter to the Court on the venue issue by October 13, 2015. IT IS FURTHER ORDERED THAT, if Plaintiff chooses to amend the Complaint, it shall do so by October 16, 2015.

SO ORDERED.

Dated:    October 8, 2015
            New York, New York

                                            _____
                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE