UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- x

CINEMA VILLAGE CINEMART INC.,

                Plaintiff,

      v.

REGAL ENTERTAINMENT GROUP,

                Defendant.

----------------------------------- x

Civ. Action No. 1:15-cv-05488-RJS

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Perry Lange for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of Virginia and District of Columbia, and that his contact information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Email: Perry.Lange@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Regal Entertainment Group in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/13/15

Honorable Richard J. Sullivan
United States District Judge