

A Professional Corporation
ATTORNEYS AT LAW

515 SOUTH FIGUEROA STREET, SUITE 1750
LOS ANGELES, CALIFORNIA 90071-3334
T. 213.622.4222 • F. 213.622.1656
WWW.BLECHERCOLLINS.COM

MBLECHER@BLECHERCOLLINS.COM

October 13, 2015

Hon. Richard J. Sullivan
United States District Court,
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

      Re:   *Cinemart Village Cinemart, Inc. v. Regal Entertainment Group, et al.*
              Case No. 15-cv-05488

Dear Judge Sullivan:

      We are counsel to Plaintiff Cinemart Village Cinemart, Inc. ("CVC") and write in Response to this Court's October 9, 2015 order regarding the issues of (1) the amendment of Cinemart's complaint, and (2) whether a change of venue to the United States District Court for the Eastern District of New York is appropriate in this action.

      (1)    Cinemart will file its amended complaint in this Court on or before October 16, 2015, as directed.

      (2)    We have been informed that plaintiff CVC's principal place of business is in Brooklyn. The theaters in issue are both located in the borough of Queens. Accordingly, it appears that venue of this action in the Eastern District of New York would be appropriate. Our response to the Court on this venue question is not a request for transfer.

                                        Respectfully submitted,

                                        Maxwell M. Blecher

78758.1