UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINEMA VILLAGE CINEMART, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>REGAL ENTERTAINMENT GROUP and Does 2 through 50, inclusive,<br><br>            Defendant. | Case No.: 1:15-cv-05488-RJS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE of the appearance of Howard K. Alperin of Blecher Collins Pepperman and Joye LLP, as counsel of record for and on behalf of Plaintiff Cinema Village Cinemart, Inc., on behalf of itself and all others similarly situated, in the above-captioned matter. It is respectfully requested that he be added to the e-service list of this action at the following email address: **halperin@blechercollins.com**. All further notices and other material relevant to this action should be directed to and served upon:

Howard K. Alperin (N.Y. State Bar No. 3066156)
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Dated:  October 9, 2015                    By:

                                                 /s/ *Paul F. Condzal*
                                                Paul F. Condzal (PC-4976)
                                                  condzalesq@msn.com
                                                1330 Avenue of The Americas, Suite 23A
                                                New York, New York  10019
                                                Telephone: (212) 688-3637
                                                Facsimile: (646) 924-3406

                                                ***Attorneys for Plaintiff Cinema Village***
                                                ***Cinemart, Inc.***

| | |
|---|---|
| Dated: October 9, 2015 | By:   /s/ *Maxwell M. Blecher* <br> Maxwell M. Blecher (State Bar No. 26202) <br> Howard K. Alperin (State Bar No. 158809) <br> (NY State Bar No. 3066156) <br> Theo "John" Giovanni Arbucci (State Bar No. 249811) <br> BLECHER COLLINS PEPPERMAN & JOYE, P.C. <br> 515 South Figueroa Street, Suite 1750 <br> Los Angeles, California 90071-3334 <br> Telephone: (213) 622-4222 <br> Facsimile: (213) 622-1656 <br> E-mail: *mblecher@blechercollins.com* <br>         *halperin@blechercollins.com* <br>         *jarbucci@blechercollins.com* <br><br> ***Attorneys for Plaintiff Cinema Village Cinemart, Inc.*** |