UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CINEMA VILLAGE CINEMART, INC.,

      Plaintiff,

-v-

REGAL ENTERTAINMENT GROUP, *et al.*,

      Defendants.

No. 15-cv-5488 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On October 8, 2015, the Court held a pre-motion conference to discuss Defendant's contemplated motion to dismiss. Plaintiff subsequently filed an Amended Complaint on October 20, 2015. In addition, the Court is in receipt of two letters from Plaintiff and Defendants addressing whether the case should remain in the Southern District of New York or be transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a). (Docs. No. 22 & 23.) In light of the proceedings already conducted before this Court and Defendant's consent to keeping the case in the Southern District of New York, the Court determines that a transfer under 28. U.S.C. § 1404(a) is not warranted. Accordingly, IT IS HEREBY ORDERED THAT Defendant shall have until December 18, 2015 to file its contemplated motion to dismiss. Plaintiff shall respond by January 18, 2016, and Defendant shall reply by February 1, 2016. IT IS FURTHER ORDERED that discovery in this action is stayed pending further order of the Court.

SO ORDERED.

Dated:    November 17, 2015
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE