UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINEMA VILLAGE CINEMART, INC.,<br><br>              Plaintiff,<br>     v.<br><br>REGAL ENTERTAINMENT GROUP and Does 2 through 50, inclusive,<br><br>              Defendants. | Civil Action No. 1:15-cv-05488 (RJS)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated December 18, 2015, and the exhibit thereto, Defendant Regal Entertainment Group hereby moves this Court, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007, for an order dismissing the Amended Complaint of Plaintiff Cinema Village Cinemart, Inc. with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).  The basis for the motion is set forth in the accompanying Memorandum of Law.  Regal respectfully requests that oral argument be heard on this motion on a date and at a time designated by the Court.

Dated:  New York, New York
       December 18, 2015

                                            WILMER CUTLER PICKERING HALE
                                            AND DORR LLP

                                            By: */s/ David Sapir Lesser*
                                            David Sapir Lesser
                                            7 World Trade Center
                                            250 Greenwich Street
                                            New York, NY  10007
                                            Tel: (212) 230-8800

        Fax: (212) 230-8888
        david.lesser@wilmerhale.com

        Leon B. Greenfield (*pro hac vice*)
        Jeffrey D. Ayer (*pro hac vice*)
        Perry A. Lange (*pro hac vice*)
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Tel: (202) 663-6000
        Fax: (202) 663-6363
        leon.greenfield@wilmerhale.com
        jeffrey.ayer@wilmerhale.com
        perry.lange@wilmerhale.com

        *Counsel for Defendant Regal Entertainment Group*